**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | John S. Jones |
| Debtor 2 (Spouse, if filing) | Kim R Howard-Jones |

United States Bankruptcy Court for the: Southern District of Ohio

Case number  2:15-bk-50141

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** US Bank Trust National Association, ET AL

**Court claim no.** (if known): 12-1

**Last 4 digits** of any number you use to identify the debtor's account: 1 4 9 3

**Date of payment change:**
Must be at least 21 days after date of this notice    11/01/2018

**New total payment:**    $ 795.87
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____
   
   Current escrow payment: $ 254.88    New escrow payment: $ 254.49

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____
   
   Current interest rate: _____%    New interest rate: _____%
   
   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)
   
   Reason for change: _____
   
   Current mortgage payment: $ _____    New mortgage payment: $ _____

Debtor 1   __John S. Jones_____   Case number (if known) __2:15-bk-50141_____
           First Name   Middle Name   Last Name

| **Part 4:** | **Sign Here** |

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ __/S/ Adam J. Garcia_____    Date __10/03/2018_____
   Signature

Print:  __Adam_____  __J._____  __Garcia_____   Title __Bankruptcy Asset Manager__
        First Name      Middle Name     Last Name

Company   __SN Servicing Corporation_____

Address   __323_____  __5th Street_____
          Number         Street

          __Eureka_____  __CA__  __95501__
          City                          State    ZIP Code

Contact phone  __(800) 603 0836_____   Email __bknotices@snsc.com__

SN Servicing Corporation                                         Final
323 FIFTH STREET
EUREKA, CA  95501
For Inquiries:  (800) 603-0836
Main Office- NMLS ID #5985, Branch Office- NMLS ID #9785

Analysis Date:   September 05, 2018

JOHN S JONES                                                                                Loan:
KIM R HOWARD-JONES
3815 DEHNER DR                                        Property Address:
COLUMBUS OH  43227                                    3815 DEHNER DRIVE
                                                      COLUMBUS, OH  43227

## Annual Escrow Account Disclosure Statement
## Account History

This is a statement of actual activity in your escrow account from Oct 2017 to Oct 2018.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Nov 01, 2018: |
|---|---|---|
| Principal & Interest Pmt: | 541.38 | 541.38 |
| Escrow Payment: | 254.88 | 254.49 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $796.26 | $795.87 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | Sep 01, 2018 |
| Escrow Balance: | 313.69 |
| Anticipated Pmts to Escrow: | 509.76 |
| Anticipated Pmts from Escrow (-): | 0.00 |
| Anticipated Escrow Balance: | $823.45 |

| Date | Payments to Escrow Anticipated | Payments to Escrow Actual | Payments From Escrow Anticipated | Payments From Escrow Actual | Description | Escrow Balance Required | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|
| | | | | | Starting Balance | 937.85 | 246.95 |
| Oct 2017 | 234.47 | | | * | | 1,172.32 | 246.95 |
| Nov 2017 | 234.47 | 509.76 | | * | | 1,406.79 | 756.71 |
| Dec 2017 | 234.47 | 254.88 | | * | | 1,641.26 | 1,011.59 |
| Dec 2017 | | | | 722.66 * | County Tax | 1,641.26 | 288.93 |
| Jan 2018 | 234.47 | 254.88 | 830.35 | * | County Tax | 1,045.38 | 543.81 |
| Feb 2018 | 234.47 | 254.88 | | * | | 1,279.85 | 798.69 |
| Mar 2018 | 234.47 | 254.88 | | * | | 1,514.32 | 1,053.57 |
| Apr 2018 | 234.47 | 254.88 | | * | | 1,748.79 | 1,308.45 |
| May 2018 | 234.47 | 254.88 | | * | | 1,983.26 | 1,563.33 |
| Jun 2018 | 234.47 | 254.88 | 830.35 | 722.66 * | County Tax | 1,387.38 | 1,095.55 |
| Jul 2018 | 234.47 | 254.88 | 1,152.91 | 1,291.62 * | Homeowners Policy | 468.94 | 58.81 |
| Aug 2018 | 234.47 | 254.88 | | * | | 703.41 | 313.69 |
| Sep 2018 | 234.47 | | | * | | 937.88 | 313.69 |
| | | | | | Anticipated Transactions | 937.88 | 313.69 |
| Sep 2018 | | 254.88 | | | | | 568.57 |
| Oct 2018 | | 254.88 | | | | | 823.45 |
| | $2,813.64 | $3,313.44 | $2,813.61 | $2,736.94 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.

Last year, we  anticipated that payments from your account would be made during this period equaling $2,813.61.  Under Federal law, your lowest monthly balance should not have exceeded $468.94 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue.

Page 1

This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to collect it over 12 months.

SN Servicing Corporation
For Inquiries: (800) 603-0836
Main Office- NMLS ID #5985, Branch Office- NMLS ID #9785

Analysis Date: September 05, 2018

JOHN S JONES                                                                                                    Loan:

## Annual Escrow Account Disclosure Statement
## Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments | | Description | Escrow Balance | |
| --- | --- | --- | --- | --- | --- |
| | To Escrow | From Escrow | | Anticipated | Required |
| | | | Starting Balance | 823.45 | 1,140.38 |
| Nov 2018 | 228.08 | | | 1,051.53 | 1,368.46 |
| Dec 2018 | 228.08 | | | 1,279.61 | 1,596.54 |
| Jan 2019 | 228.08 | 722.66 | County Tax | 785.03 | 1,101.96 |
| Feb 2019 | 228.08 | | | 1,013.11 | 1,330.04 |
| Mar 2019 | 228.08 | | | 1,241.19 | 1,558.12 |
| Apr 2019 | 228.08 | | | 1,469.27 | 1,786.20 |
| May 2019 | 228.08 | | | 1,697.35 | 2,014.28 |
| Jun 2019 | 228.08 | 722.66 | County Tax | 1,202.77 | 1,519.70 |
| Jul 2019 | 228.08 | 1,291.62 | Homeowners Policy | 139.23 | 456.16 |
| Aug 2019 | 228.08 | | | 367.31 | 684.24 |
| Sep 2019 | 228.08 | | | 595.39 | 912.32 |
| Oct 2019 | 228.08 | | | 823.47 | 1,140.40 |
| | $2,736.96 | $2,736.94 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your escrow balance contains a cushion of $456.16. A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Under Federal law, your lowest monthly balance should not exceed $456.16 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is $823.45. Your starting balance (escrow balance required) according to this analysis should be $1,140.38. This means you have a shortage of $316.93. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to collect it over 12 months.

We anticipate the total of your coming year bills to be $2,736.94. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| New Escrow Payment Calculation | |
|---|---|
| Unadjusted Escrow Payment | 228.08 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 26.41 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $254.49 |

**Paying the Shortage.** If your shortage is paid in full, your new monthly payment will be $769.46 (calculated by subtracting the Shortage Amount to the left and rounding, if applicable). Paying the shortage does not guarantee that your payment will remain the same, as your tax or insurance bills may have changed. If you would like to pay the shortage now, please pay the entire amount of the shortage before the effective date of your new payment. To ensure that the funds are posted to your account correctly, please notify your asset manager that you are paying the shortage.

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

Michelle R. Ghidotti-Gonsalves, Esq. (SBN 27180)
LAW OFFICES OF MICHELLE GHIDOTTI
1920 Old Tustin Ave.
Santa Ana, CA 92705
Ph:  (949) 427-2010
Fax: (949) 427-2732
mghidotti@ghidottilaw.com

Attorney for Creditor
U.S. Bank Trust National Association, as Trustee of the PRP II Pals Investments Trust

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO -COLUMBUS DIVISION

| | |
|---|---|
| In Re: | CASE NO.: 15-50141 |
| John S. Jones and<br>Kim R Howard-Jones | CHAPTER 13 |
| Debtors. | **CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

I am employed in the County of Orange, State of California.  I am over the age of eighteen and not a party to the within action.  My business address is: 1920 Old Tustin Avenue, Santa Ana, CA 92705.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

On October 5, 2018 I served the following documents described as:

- **NOTICE OF MORTGAGE PAYMENT CHANGE**

1
CERTIFICATE OF SERVICE

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| **Debtor**<br>John S. Jones<br>3815 Dehner Dr<br>Columbus, OH 43227<br><br>**Joint Debtor**<br>Kim R Howard-Jones<br>3815 Dehner Dr<br>Columbus, OH 43227<br><br>**U.S. Trustee**<br>Office of the US Trustee<br>170 North High Street, Suite 200<br>Columbus, OH 43215 | **Debtor's Counsel**<br>Erin E. Schrader<br>Rauser & Associates<br>5 E. Long Street, Suite 300<br>Columbus, OH 43215<br><br>**Trustee**<br>Frank M Pees<br>130 East Wilson Bridge Road<br>Suite 200<br>Worthington, OH 43085 |
|---|---|

__xx___ (By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____ Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx_ (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed on October 5, 2018 at Santa Ana, California

/*s / Lauren Simonton*
Lauren Simonton

---

2

CERTIFICATE OF SERVICE