**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | John S. Jones |
| Debtor 2 (Spouse, if filing) | Kim R Howard-Jones; fka Kim Howard; fka Kim Lewis |
| United States Bankruptcy Court for the: | Southern District of Ohio |
| Case number | 2:15-bk-50141 |

Official Form 410S1

# Notice of Mortgage Payment Change 12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** US Bank Trust National Association, as Trustee of the PRP II PALS Investments Trust

**Court claim no.** (if known): 12-1

**Last 4 digits** of any number you use to identify the debtor's account: 1 4 9 3

**Date of payment change:**
Must be at least 21 days after date of this notice: 11/01/2019

**New total payment:** $ 770.81
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 254.49    New escrow payment: $ 229.43

### Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%    New interest rate: _____%

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

### Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $ _____    New mortgage payment: $ _____

Official Form 410S1    Notice of Mortgage Payment Change    page 1

| Debtor 1 | John S. Jones | Case number (if known) 2:15-bk-50141 |
|---|---|---|
| | First Name    Middle Name    Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Molly Slutsky Simons
Signature

Date 09/27/2019

Print: Molly Slutsky Simons
First Name    Middle Name    Last Name

Title: Attorney for Creditor

Company: Sottile & Barile, Attorneys at Law

Address: 394 Wards Corner Road, Suite 180
Number    Street

Loveland    OH    45140
City    State    ZIP Code

Contact phone: 513-444-4100

Email: bankruptcy@sottileandbarile.com

SN Servicing Corporation  Final
323 FIFTH STREET
EUREKA, CA  95501
For Inquiries:  (800) 603-0836
Main Office- NMLS ID #5985, Branch Office- NMLS ID #9785

Analysis Date:   September 24, 2019

JOHN S JONES  Loan:
KIM R HOWARD-JONES
3815 DEHNER DR
COLUMBUS OH  43227

Property Address:
3815 DEHNER DRIVE
COLUMBUS, OH  43227

## Annual Escrow Account Disclosure Statement
### Account History

This is a statement of actual activity in your escrow account from Nov 2018 to Oct 2019.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Nov 01, 2019: |
|---|---|---|
| Principal & Interest Pmt: | 541.38 | 541.38 |
| Escrow Payment: | 254.49 | 229.43 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $795.87 | $770.81 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | Sep 01, 2019 |
| Escrow Balance: | 1,107.94 |
| Anticipated Pmts to Escrow: | 508.98 |
| Anticipated Pmts from Escrow (-): | 0.00 |
| Anticipated Escrow Balance: | $1,616.92 |

| Date | Payments to Escrow Anticipated | Payments to Escrow Actual | Payments From Escrow Anticipated | Payments From Escrow Actual | Description | Escrow Balance Required | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|
| | | | | | Starting Balance | 1,140.38 | 823.45 |
| Nov 2018 | 228.08 | 254.49 | | | * | 1,368.46 | 1,077.94 |
| Dec 2018 | 228.08 | 254.49 | | | * | 1,596.54 | 1,332.43 |
| Dec 2018 | | | | 721.60 | * County Tax | 1,596.54 | 610.83 |
| Jan 2019 | 228.08 | 254.49 | 722.66 | | * County Tax | 1,101.96 | 865.32 |
| Feb 2019 | 228.08 | 254.49 | | | * | 1,330.04 | 1,119.81 |
| Mar 2019 | 228.08 | 254.49 | | | * | 1,558.12 | 1,374.30 |
| Apr 2019 | 228.08 | 254.49 | | | * | 1,786.20 | 1,628.79 |
| May 2019 | 228.08 | 254.49 | | | * | 2,014.28 | 1,883.28 |
| Jun 2019 | 228.08 | | 722.66 | 721.60 | * County Tax | 1,519.70 | 1,161.68 |
| Jun 2019 | | 83.15 | | | * Escrow Only Payment | 1,519.70 | 1,244.83 |
| Jul 2019 | 228.08 | 508.98 | 1,291.62 | 1,309.91 | * Homeowners Policy | 456.16 | 443.90 |
| Jul 2019 | | 409.55 | | | * Escrow Only Payment | 456.16 | 853.45 |
| Aug 2019 | 228.08 | 254.49 | | | * | 684.24 | 1,107.94 |
| Sep 2019 | 228.08 | | | | * | 912.32 | 1,107.94 |
| Oct 2019 | 228.08 | | | | * | 1,140.40 | 1,107.94 |
| | | | | | Anticipated Transactions | 1,140.40 | 1,107.94 |
| Sep 2019 | | 254.49 | | | | | 1,362.43 |
| Oct 2019 | | 254.49 | | | | | 1,616.92 |
| | $2,736.96 | $3,546.58 | $2,736.94 | $2,753.11 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.

Page 1

Last year, we anticipated that payments from your account would be made during this period equaling 2,736.94. Under Federal law, your lowest monthly balance should not have exceeded 456.16 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue. Your actual lowest monthly balance was greater than 456.16.  The items with an asterisk on your Account History may explain this.  If you want a further explanation, please call our toll-free number.
**(The amount of surplus only exists if the loan is current, the analysis gives a projected overage as if all past due payments are made the month the analysis is processed).**

SN Servicing Corporation                                                                                      Final
For Inquiries: (800) 603-0836
Main Office- NMLS ID #5985, Branch Office- NMLS ID #9785

Analysis Date: September 24, 2019

JOHN S JONES                                                                                           Loan:

## Annual Escrow Account Disclosure Statement
## Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments | | | Escrow Balance | |
| --- | --- | --- | --- | --- | --- |
| | To Escrow | From Escrow | Description | Anticipated | Required |
| | | | Starting Balance | 1,616.92 | 1,147.09 |
| Nov 2019 | 229.43 | | | 1,846.35 | 1,376.52 |
| Dec 2019 | 229.43 | | | 2,075.78 | 1,605.95 |
| Jan 2020 | 229.43 | 721.60 | County Tax | 1,583.61 | 1,113.78 |
| Feb 2020 | 229.43 | | | 1,813.04 | 1,343.21 |
| Mar 2020 | 229.43 | | | 2,042.47 | 1,572.64 |
| Apr 2020 | 229.43 | | | 2,271.90 | 1,802.07 |
| May 2020 | 229.43 | | | 2,501.33 | 2,031.50 |
| Jun 2020 | 229.43 | 721.60 | County Tax | 2,009.16 | 1,539.33 |
| Jul 2020 | 229.43 | 1,309.91 | Homeowners Policy | 928.68 | 458.85 |
| Aug 2020 | 229.43 | | | 1,158.11 | 688.28 |
| Sep 2020 | 229.43 | | | 1,387.54 | 917.71 |
| Oct 2020 | 229.43 | | | 1,616.97 | 1,147.14 |
| | $2,753.16 | $2,753.11 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)
Your escrow balance contains a cushion of 458.85. A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Under Federal law, your lowest monthly balance should not exceed 458.85 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is 1,616.92. Your starting balance (escrow balance required) according to this analysis should be $1,147.09. This means you have a surplus of 469.83. **(The amount of surplus only exists if the loan is current, the analysis gives a projected overage as if all past due payments are made the month the analysis is processed).**

This surplus must be returned to you unless it is less than $50.00, in which case we have the additional option of keeping it and lowering your monthly payments accordingly. We are sending you a check for the surplus.

We anticipate the total of your coming year bills to be 2,753.11. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

Page 3

| New Escrow Payment Calculation | |
|---|---|
| Unadjusted Escrow Payment | 229.43 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 0.00 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $229.43 |

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## COLUMBUS DIVISION

| | |
|---|---|
| In Re: | Case No. 2:15-bk-50141 |
| John S. Jones | |
| Kim R Howard-Jones | Chapter 13 |
|   *fka* Kim Howard | |
|   *fka* Kim Lewis | |
| Debtors. | Judge C. Kathryn Preston |

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Notice of Mortgage Payment Change was served **electronically** on September 27, 2019 through the Court's ECF System on all ECF participants registered in this case at the e-mail address registered with the Court

And by **ordinary U.S. Mail** on September 27, 2019 addressed to:

    John S. Jones, Debtor
    3815 Dehner Dr
    Columbus, OH 43227

    Kim R Howard-Jones, Debtor
    3815 Dehner Dr
    Columbus, OH 43227

                                 Respectfully Submitted,

                                 /s/ Molly Slutsky Simons
                                 Molly Slutsky Simons (0083702)
                                 Sottile & Barile, Attorneys at Law
                                 394 Wards Corner Road, Suite 180
                                 Loveland, OH 45140
                                 Phone: 513.444.4100
                                 Email: bankruptcy@sottileandbarile.com
                                 Attorney for Creditor